**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | CAUSE NO.: 2:13-CR-59-JTM-JPK |
| ) | |
| BRIAN WASHINGTON,      ) | |
| Defendant.      ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON A SUPERVISED RELEASE REVOCATION HEARING**

TO:   THE HONORABLE JAMES T. MOODY,
        UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On January 10, 2014, the United States Government appeared by counsel Assistant United States Attorney Thomas McGrath. Defendant Brian Washington appeared in person and by counsel Patrick Young and in the custody of the United States Marshal. United States Probation Officer Ed DiMichele appeared. A supervised release revocation hearing was held. The Court received evidence and comments. Based upon the record of proceedings, the Court makes this Report and Recommendation.

On August 2, 2013, Defendant Brian Washington pled guilty to the charges in Counts 1 and 2 of the Indictment (distribution of a substance containing crack cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(B); and possession of a firearm in furtherance of a drug trafficking crime, 18 U.S.C. § 924(c)).

On October 29, 2013, Judge Rudy Lozano sentenced Defendant to a term of imprisonment followed by a four-year period of supervised release.

On September 25, 2023, the United States Probation Department filed a Petition for the Court to issue a warrant, alleging that Defendant violated the terms of his supervision. On September 28, 2023, Defendant was arrested, and an Initial Hearing was held.

On January 3, 2024, the parties filed an Agreed Disposition of Supervised Release Violations, signed by Defendant, his counsel, Assistant United States Attorney Thomas McGrath, and United States Probation Officer Laura Thomas. On January 5, 2024, Judge James T. Moody issued an Order referring this case to the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. § 3401(i), 28 U.S.C. § 636(b)(1)(B), and N.D. Ind. Local Rule 72-1.

As a result of the January 10, 2014, hearing, the undersigned Magistrate Judge **FINDS** that:

1. Defendant Brian Washington has been advised of his right to remain silent, his right to counsel, his right to a supervised release revocation hearing, and his rights in connection with such a hearing;

2. Defendant understands the proceedings, the allegations, and his rights; and

3. Defendant knowingly, freely, voluntarily, and intentionally entered into the Amended Agreed Disposition of Supervised Release Violations [DE 87][1].

The undersigned Magistrate Judge **RECOMMENDS**, pursuant to 28 U.S.C. § 636(b)(3), that Judge James T. Moody:

1. Accept the Amended Agreed Disposition of Supervised Release Violations and adjudge Defendant Brian Washington to have committed the Grade B violation contained in the summary report prepared by the Probation Office [DE 79]; and

---

[1] The parties signed an amended disposition to correct a scrivener's error identified at the hearing. *See* [DE 86, 87].

2. Revoke the term of supervised release and impose a sentence of imprisonment of 8 months, with no further term of supervised release, as described in the Amended Agreed Disposition of Supervised Release Violations.

At the hearing, the parties waived the 14-day period in which to file objections to these Findings and Recommendation.

So ORDERED this 29th day of January, 2024.

s/ Joshua P. Kolar
MAGISTRATE JUDGE JOSHUA P. KOLAR
UNITED STATES DISTRICT COURT