## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:13 CR 59 |
| | ) | |
| BRIAN WASHINGTON | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 88), to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the Grade B violation contained in the summary report prepared by the Probation Officer. (DE # 79.) The court **REVOKES** defendant's term of supervised release and sentences defendant to a term of eight (8) months' imprisonment, with no further term of supervised release to follow, as described in the Amended Agreed Disposition of Supervised Release Violations.

**SO ORDERED.**

Date: January 30, 2024

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT